583 A.2d 333

FRED KAZAREN AND ETHEL KAZAREN v. STATE FARM
INSURANCE AND JOSEPH WANKO.

March 7, 1990.

Petition for certification granted.

583 A.2d 333

ATLANTIC CITY CONDOMINIUM RESIDENCE, INC. v. CLARE
LEE LEVY AND ESTHER SCHULTZ POTLER.

March 7, 1990.

Petition for certification denied.

583 A.2d 333

JULES LIPPE AND CORRINE LIPPE v.
GEO–TECH ASSOCIATES, INC.

March 7, 1990.

Petition for certification denied.